**United States District Court**
**Eastern District of California**
Before the Honorable Frank C. Damrell Jr.

| | |
|---|---|
| YELLOW CAB OF SACRAMENTO, v. YELLOW CAB OF ELK GROVE, et al., | Civil Jury Trial Minutes<br>CASE #: CIV-S- 02-0704FCD DAD<br>DATE: 1/10/07<br>Deputy Clerk: Maureen Price<br>Court Reporter: Michelle Babbitt |

For the Plaintiff         For the Defendant(s)
  Andrea Miller, Eric Roth         Jeffrey Kravitz

Proceedings: 3rd day jury trial

- 9:04  Court in session without jury re: juror #7 and comments re: reaching conclusion already
- 9:06  Juror #7 present; excused
- 9:12  Jury present; cont'd cross of witn F. Pleines; dft exh II admitted; pltf calls Stephen Hammond - sworn/testified; Kirk Burley - sworn/testified;
- 10:30 Morning recess
- 10:57 Court resumes with all parties present; pltf calls Massoud Aryoubi - sworn/testified; Bernice Rebarchak - sworn/testified;
- 11:30 Lunch recess
- 1:00  Court in session with all parties present; pltf calls Ron Berger - sworn/testified; Abdul Iznarai - sworn/testified; Elizabeth Tavernese - sworn/testified; adv. Witn Michael Steiner - sworn/testified; pltf exh 26, 27 and 17 admitted;
- 2:20  Jury excused for afternoon recess; court remained in session re: further questioning of dft re: issues of damages
- 2:31  Recess
- 2:54  Court in session without jury re: court's ruling on damages testimony;
- 2:57  Jury present; cont'd cross of witn Steiner; dft exh HH admitted
- 3:15  Jury excused until 1/16/07 at 1:30 p.m. and the court shall convene on 1/12/07 at 2:00 p.m. in chambers for jury instruction conference.