

JAN 18 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOW CAB CO. OF SACRAMENTO, | No. Civ. S-02-704 FCD/DAD |
| Plaintiff, | |
| v. | VERDICT FORM |
| YELLOW CAB CO. OF ELK GROVE and MICHAEL P. STEINER, | |
| Defendants. | |

We answer the questions submitted to us as follows:

1. Is "Yellow Cab Co." a valid, protectable service mark?

   Yes _____   No __X__

If your answer is "Yes," answer the next succeeding question. If your answer is "No," do not answer any other questions and have the presiding juror sign and date this form.

2. Does plaintiff own "Yellow Cab Co." as a service mark?

   Yes _____   No _____

If your answer is "Yes," answer the next succeeding question. If your answer is "No," do not answer any other questions and have the presiding juror sign and date this form.

3. Did defendants use "Yellow Cab Co. of Elk Grove," a mark similar to plaintiff's service mark, without the consent of plaintiff in a manner that is likely to cause confusion among ordinary purchasers as to the source of the service?

  Yes \_\_\_\_\_  No\_\_\_\_\_

If your answer is "Yes," answer the next succeeding question. If your answer is "No," do not answer any other questions and have the presiding juror sign and date this form.

4. Was plaintiff damaged by defendants' infringement?

  Yes \_\_\_\_\_  No\_\_\_\_\_

If your answer is "Yes," answer the next succeeding question. If your answer is "No," do not answer any other questions and have the presiding juror sign and date this form.

5. Did defendants' use of plaintiff's service mark, "Yellow Cab Co.," constitute a fair use of the mark to describe defendants' taxicab service?

  Yes \_\_\_\_\_  No\_\_\_\_\_ .

If your answer is "Yes," do not answer any other questions and have the presiding juror sign and date this form. If your answer is "No," proceed to Question 6.

6. Plaintiff was damaged in the amount of $_____.

Answer the next succeeding question.

7. Did defendants profit from their infringement of plaintiff's service mark?

  Yes \_\_\_\_\_  No\_\_\_\_\_

If you answer is "Yes," answer the next succeeding question. If your answer is "No," do not answer the next succeeding question and have the presiding juror sign and date this form.

1    8.   Defendants profited from their infringement of
2 plaintiff's service mark in the amount of $_____.
3    Have the presiding juror sign and date this form.

Signed: _____
         (Presiding Juror)

Dated: __1-18-07__

3