UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

YELLOW CAB OF SACRAMENTO,　　　　　　　　JUDGMENT IN A CIVIL CASE

v.

YELLOW CAB OF ELK GROVE, ET AL.,　　CASE NO: 2:02-CV-00704-FCD-DAD
_____

XX ---- Jury Verdict.  This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　　IT IS ORDERED AND ADJUDGED

　　　　　　THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 1/18/2007


　　　　　　　　　　　　　　　　Victoria C. Minor
　　　　　　　　　　　　　　　　Clerk of Court

ENTERED:　January 18, 2007


　　　　　　　　　By: /s/ M. Price_____
　　　　　　　　　　　　Deputy Clerk